```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUSAN MILLER                    :    CIVIL ACTION
                                :
      v.                        :
                                :
DARBY CREEK VALLEY              :
ASSOCIATION                     :    NO. 21-2362
```

ORDER

AND NOW, this 7th day of December, 2021, the issues between the plaintiff Susan Miller and the defendant Darby Creek Valley Association having been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED that this action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Harvey Bartle III
                   J.